UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| S/Y PALIADOR, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>PLATYPUS MARINE, INC.,<br><br>                Defendant. | CASE NO. 3:22-cv-05591-LK<br><br>ORDER TO SHOW CAUSE |

       This matter comes before the Court sua sponte. Defendant Platypus Marine, Inc.'s motion for summary judgment and supporting declarations do not include a certification that it made a meaningful effort to confer with Plaintiff S/Y Paliador, LLC, as required by this Court's Standing Order for All Civil Cases. Dkt. No. 19 at 6; *see generally* Dkt. Nos. 31–34, 41–42.

       Accordingly, within 14 days of this Order, Platypus is ORDERED TO SHOW CAUSE why the Court should not impose sanctions for Platypus's violation of the Standing Order. *See* Dkt. No. 19 at 1 ("Failure to comply with the procedures set forth in this Order may result in sanctions."). In the alternative, Platypus may (1) meet and confer in good faith with Paliador in person or by telephone to discuss which, if any, issues in Platypus' motion may be narrowed or

ORDER TO SHOW CAUSE - 1

resolved without Court intervention, and (2) file a certification of conferral updating the Court regarding the outcome of such efforts by November 17, 2023. *See* LCR 1(c)(6). Should Platypus timely file a certification of conferral, the Court will discharge this Order to Show Cause.

Failure to comply with this Order may result in the Court striking Platypus' motion. The Court further cautions the parties that future violations of the Court's Standing Order may result in sanctions.

Dated this 3rd day of November, 2023.

Lauren King
United States District Judge